UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Noah J. McCourt, | Court File No. 19-cv-2265 (DWF/KMM) |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| City of Bloomington, | |
| Defendant. | |

WHEREFORE, the above-entitled action against Defendant City of Bloomington ("City"), having been fully compromised and settled, IT IS HEREBY STIPULATED by and between the parties thereto through their undersigned attorneys that:

1.  The above-entitled action against the City may be, and hereby is, dismissed with prejudice and without costs or disbursements to any of the parties; and

2.  Without further notice, a Judgment of Dismissal with prejudice and without costs or disbursements to any of the parties may be entered herein.

Date: January 2, 2020

*s/ Noah J. McCourt*
Noah J. McCourt
684 N Otsego Street
St. Paul, MN 55130
P: 612-203-0684
mcnoda@gmail.com

Pro Se Plaintiff

Date: January 2, 2020

*s/ Hannah G. Felix*
Hannah G. Felix (#0395562)
LEAGUE OF MINNESOTA CITIES
145 University Avenue West
St. Paul, MN 55103
Telephone: 651-281-1235
Facsimile: 651-281-1298
hfelix@lmc.org

Attorney for Defendant City of Bloomington