## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Noah J. McCourt,                                       Civil No. 19-2265 (DWF/KMM)

           Plaintiff,

v.                                                  **ORDER OF DISMISSAL**
                                                        **WITH PREJUDICE**

City of Bloomington,

           Defendant.

Pursuant to the Stipulation of Dismissal With Prejudice filed by the parties on January 3, 2020 (Doc. No. [26]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE**, and without costs or disbursements to any of the parties.

Dated: January 3, 2020                       s/Donovan W. Frank
                                                   DONOVAN W. FRANK
                                                   United States District Judge